THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Stanley O. Williams, Appellant.
 
 
 

Appeal From Lexington County
 Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2007-UP-149
Submitted April 2, 2007  Filed April 4, 2007   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Williams appeals his guilty plea to numerous charges including: first-degree burglary, kidnapping, assault and battery with intent to kill, first-degree criminal sexual conduct, and robbery, as well as his sentence of forty years in prison.  His counsel contends the plea did not meet the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record, counsels brief, and Williams pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Williams appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, KITTREDGE, and SHORT JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.